UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YAHOO! INC.,

        Plaintiff,

    v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

        Defendant.

Case No. 17-cv-00447 NC

**JUDGMENT**

In accordance with the Court's June 2, 2017, order granting defendant's motion to dismiss with leave to amend, and plaintiff's subsequent request that the Court enter judgment in this case, judgment is entered in favor of defendant and against plaintiff with respect to all claims asserted in the complaint.

The clerk is ordered to terminate case no. 17-cv-00447 NC.

**IT IS SO ORDERED.**

Dated: June 29, 2017

                              NATHANAEL M. COUSINS
                              United States Magistrate Judge

Case No. 17-cv-00447 NC