UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHOO! INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>            Defendant. | Case No. 17-cv-00447-NC<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

The parties submitted a joint case management statement on February 8, 2023. ECF 53. Each party submitted a separate proposed schedule for discovery and pretrial proceedings. Considering this matter is the oldest open case on the Court's docket, IT IS HEREBY ORDERED THAT the following deadlines are set according to the more expedited schedule:

1. ALTERNATIVE DISPUTE RESOLUTION: The Court defers addressing alternative dispute resolution until the next case management conference.

2. AMENDMENT OF PLEADINGS: The deadline to amend pleadings and add parties is **March 15, 2023**.

3. PROTECTIVE ORDER: The deadline to request a protective discovery order is **June 30, 2023**.

4. NON-EXPERT DISCOVERY:
   - Initial Disclosures must be made by **February 24, 2023**.

- All non-expert discovery must be completed by **June 23, 2023**.

5. EXPERT WITNESSES:

    - Disclosure of expert testimony and reports under Federal Rule of Civil Procedure 26(a)(2) must be made by **June 23, 2023**.
    - Parties must complete all discovery of expert witnesses under Federal Rule of Civil Procedure 26(b)(4) by **July 24, 2023**.

6. DISPOSITIVE MOTIONS: Parties must file and serve all dispositive motions by **August 25, 2023**.

7. FURTHER CASE MANAGEMENT CONFERENCE: **April 12, 2023, at 10:00 a.m. by telephone**.  The parties must file a joint case management statement by **April 5, 2023**, in accordance with Civil L.R. 16-10(d).

8. PRETRIAL STATEMENTS: The parties must meet and confer to discuss the preparation of a joint pretrial statement, which is due by **September 20, 2023**.

9. PRETRIAL CONFERENCE: **October 4, 2023, at 2:00 p.m.**

10. TRIAL DATE: A jury trial will be held on **October 30, 2023, at 9:00 a.m.**

The trial will take place in Courtroom 5, 4th Floor, U.S. District Court, 280 S. First Street, San Jose, California.  All hearings, conferences, and pretrial proceedings will be by phone or video conference via Zoom until further Court order.

**IT IS SO ORDERED.**

Dated: February 10, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge